MIDDLE DEPARTMENT INSPECTION AGENCY v.
THE HOME INSURANCE COMPANY.

March 14, 1978. Petition for certification denied. (See
154 *N. J. Super.* 49).

ANNA SKURA v. JULIO ESPONOZA.

March 14, 1978. Petition for certification denied.

IN THE MATTER OF JOSEPH BONOMO.

March 14, 1978. Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF WILLIAM K.
LODGE TO THE NEW JERSEY STATE EMPLOYEES'
AWARDS COMMITTEE.

March 14, 1978. Petition for certification denied. (See
155 *N. J. Super.* 488).

INDUSTRIAL NATIONAL BANK OF RHODE ISLAND v.
STATE OF NEW JERSEY, DEPARTMENT OF TRANSPOR-
TATION.

March 14, 1978. Petition for certification denied.